SHORT RECORD
NO. 17-2121
FILED 5/30/17

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAR SKIES NEVADA, LLC | ) |
| | ) |
| Plaintiff/Appellee, | )   Case No. 15 cv 6708 |
| | ) |
| v. | ) |
| | ) |
| RENEE HANCOCK, | ) |
| | ) |
| Defendant/Appellant. | ) |

**NOTICE OF APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS**
**FROM ORDER OF DISMISSAL**
_____

NOTICE IS HEREBY GIVEN that Renee Hancock, Defendant in the above matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Order of Dismissal entered in this action on the 27th day of April, 2017, Docket No. 87. Appellant hereby represents that the district court has yet to determine whether the dismissal with be "with" or "without" prejudice, and suggests that F.R.A.P.(a)(2) shall apply, *i.e.* that this notice of appeal is being filed after a decision or order (dismissal) but before the entry of possible judgment or order (*i.e.* "with" or "without" prejudice and order or judgment regarding costs and fees), and that this notice shall be treated as filed on the date of and after the entry of the district court's ruling on the pending motions regarding the issue of "with" or "without" prejudice and costs and fees.

Respectfully submitted:


        /s/  Lisa L. Clay
_____

Lisa L. Clay
Attorney at Law
345 N. Canal Street, Suite C202
Chicago, IL 60606
312.753.5302
[lclayaal@gmail.com](mailto:lclayaal@gmail.com)
ARDC # 5277257

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, I caused to be electronically filed the foregoing

**NOTICE OF APPEAL TO THE SEVENTH CIRCUIT COURT OF APPEALS
FROM ORDER OF DISMISSAL**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

　　　　　　　　　/s/   Lisa L. Clay

**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division**

Clear Skies Nevada, LLC
                                Plaintiff,

v.                                                Case No.: 1:15−cv−06708
                                                      Honorable Virginia M. Kendall

Does 1−30, et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 27, 2017:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 4/27/2017. Plaintiff moves to dismiss case. Case is dismissed. Parties are directed to file submissions on or before 5/11/2017 whether case should be dismissed with or without prejudice, and whether fees should be awarded. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

CM/ECF LIVE, Ver 6.1.1.2 - U.S. District Court, Northern Illinois    https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?131195265110873-L_1_0-1

Case: 1:15-cv-06708 Document #: 97 Filed: 05/30/17 Page 4 of 16 PageID #:1267
Case: 17-2121    Document: 1-1    Filed: 05/30/2017    Pages: 16

AO279,APPEAL,COX,PROTO,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1.2 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:15-cv-06708
## Internal Use Only

| | |
|---|---|
| Clear Skies Nevada, LLC v. Does 1-30 | Date Filed: 07/31/2015 |
| Assigned to: Honorable Virginia M. Kendall | Date Terminated: 04/27/2017 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Both |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Clear Skies Nevada, LLC**                represented by    **Michael A. Hierl**
Hughes Socol PIers Resnick & Dym Ltd
Three First National Plaza
70 West Madison Street
Suite 4000
Chicago, IL 60602
312 580 0100
Email: mhierl@hsplegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Alan Cisek**
Hughes Socol Piers Resnick & Dym, Ltd.
70 W. Madison
#4000
Chicago, IL 60602
(312) 580-0100
Email: mcisek@hsplegal.com
*ATTORNEY TO BE NOTICED*

**Todd Sheldon Parkhurst**
Hughes Socol Piers Resnick & Dym Ltd.
Three First National Plaza
70 W Madison Street, Suite 4000
Chicago, IL 60602
(312) 580-0100
Email: tparkhurst@hsplegal.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Does 1-30**

**Defendant**

**William Anderson**
*TERMINATED: 05/19/2016*

**Defendant**

**Jason Richards**                            represented by  **Melissa Lynne Brabender**
*TERMINATED: 08/04/2016*                                     Antonelli Law, Ltd.
                                                             35 East Wacker Drive
                                                             Suite 1875
                                                             Chicago, IL 60601
                                                             312-201-8310
                                                             Email: mlbrabender@gmail.com
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Renee Hancock**                             represented by  **Lisa L Clay**
                                                             Lisa L. Clay
                                                             Attorney at Law
                                                             345 North Canal Street
                                                             Suite C202
                                                             Chicago, IL 60606
                                                             (312) 753.5302
                                                             Email: lclayaal@gmail.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Doe 5**
*TERMINATED: 04/27/2016*

**Counter Claimant**

**Renee Hancock**                             represented by  **Lisa L Clay**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Joseph Curtis Edmondson**
                                                             Law Offices Of J. Curtis Edmondson
                                                             3699 Nw John Olsen Place
                                                             Hillsboro, OR 97124
                                                             (503) 336-3749
                                                             Email: jcedmondson@edmolaw.com
                                                             *PRO HAC VICE*

CM/ECF LIVE, Ver 6.1.1.2 - U.S. District Court, Northern Illinois    https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?131195265110873-L_1_0-1

Case: 1:15-cv-06708 Document #: 97 Filed: 05/30/17 Page 6 of 16 PageID #:1269
Case: 17-2121    Document: 1-1    Filed: 05/30/2017    Pages: 16

ATTORNEY TO BE NOTICED

V.

**Counter Defendant**

**Clear Skies Nevada, LLC**            represented by    **Michael A. Hierl**
*TERMINATED: 01/11/2017*                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Mark Alan Cisek**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Todd Sheldon Parkhurst**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Renee Hancock**                      represented by    **Lisa L Clay**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**German John Does**
*TERMINATED: 01/11/2017*

**Third Party Defendant**

**Michael A Hierl**
*TERMINATED: 01/11/2017*

**Third Party Defendant**

**Mark A Cisek**
*TERMINATED: 01/11/2017*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2015 | 1 | COMPLAINT filed by CLEAR SKIES NEVADA, LLC; Jury Demand. Filing fee $ 400, receipt number 0752-10925441. (Attachments: # 1 Exhibit A-B)(Hierl, Michael) (Entered: 07/31/2015) |
| 07/31/2015 | 2 | CIVIL Cover Sheet (Hierl, Michael) (Entered: 07/31/2015) |

| | | |
|---|---|---|
| 07/31/2015 | 3 | ATTORNEY Appearance for Plaintiff CLEAR SKIES NEVADA, LLC by Michael A. Hierl (Hierl, Michael) (Entered: 07/31/2015) |
| 07/31/2015 | 4 | ATTORNEY Appearance for Plaintiff CLEAR SKIES NEVADA, LLC by Todd Sheldon Parkhurst (Parkhurst, Todd) (Entered: 07/31/2015) |
| 07/31/2015 | | CASE ASSIGNED to the Honorable Virginia M. Kendall. Designated as Magistrate Judge the Honorable Susan E. Cox. (sg, ) (Entered: 07/31/2015) |
| 08/04/2015 | 5 | MAILED copyright report to Registrar, Washington DC. (rm, ) (Entered: 08/04/2015) |
| 08/21/2015 | 6 | MOTION by Plaintiff CLEAR SKIES NEVADA, LLC for discovery *Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference* (Hierl, Michael) (Entered: 08/21/2015) |
| 08/21/2015 | 7 | MEMORANDUM by CLEAR SKIES NEVADA, LLC in support of motion for discovery 6 *Memorandum in Support of Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference* (Attachments: # 1 Exhibit A-C)(Hierl, Michael) (Entered: 08/21/2015) |
| 08/21/2015 | 8 | NOTICE of Motion by Michael A. Hierl for presentment of motion for discovery 6 before Honorable Virginia M. Kendall on 8/26/2015 at 09:00 AM. (Hierl, Michael) (Entered: 08/21/2015) |
| 08/21/2015 | 9 | MINUTE entry before the Honorable Virginia M. Kendall:Motion for Leave to Take Discovery Prior to Rule 26(f) Conference 6 is granted. Motion hearing set for 8/26/2015 on this motion is hereby stricken. Mailed notice (tsa, ) (Entered: 08/21/2015) |
| 09/15/2015 | 10 | MINUTE entry before the Honorable Virginia M. Kendall:Initial status hearing set for 11/3/2015 @ 9:00 a.m. Joint Status Report due by 10/28/2015. (See Judge Kendall's web page found at www.ilnd.uscourts.gov for information about status reports). The parties are to report on the following: (1) Possibility of settlement in the case; (2) if no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is to advise all other parties of the Court's action herein. Lead counsel is directed to appear at this status hearing.Mailed notice (tsa, ) (Entered: 09/15/2015) |
| 10/16/2015 | 11 | NOTICE of Voluntary Dismissal by Clear Skies Nevada, LLC *Plaintiff's Notice of Voluntary Dismissal of Doe Defendant No. 26* (Hierl, Michael) (Entered: 10/16/2015) |
| 10/21/2015 | 12 | MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to voluntary dismissal and FRCP Rule 41(a)(1), defendant Doe 26, (I.P. 50.178.251.240) is dismissed with prejudice. Mailed notice (tsa, ) (Entered: 10/21/2015) |
| 10/27/2015 | 13 | NOTICE of Voluntary Dismissal by Clear Skies Nevada, LLC *Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Doe Defendant No. 16* (Hierl, Michael) (Entered: 10/27/2015) |

| | | |
|---|---|---|
| 10/27/2015 | 14 | STATUS Report *Initial Status Report* by Clear Skies Nevada, LLC (Hierl, Michael) (Entered: 10/27/2015) |
| 10/28/2015 | 15 | NOTICE of Voluntary Dismissal by Clear Skies Nevada, LLC *Plaintiff's Notice of Voluntary Dismissal of Doe Defendant No. 11* (Hierl, Michael) (Entered: 10/28/2015) |
| 10/28/2015 | 16 | MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to Rule 41(a)(1) of the FRCP, Doe No. 16, (I.P. 50.76.95.121) is dismissed without prejudice. Mailed notice (tsa, ) (Entered: 10/28/2015) |
| 11/02/2015 | 17 | MINUTE entry before the Honorable Virginia M. Kendall:Status hearing set for 11/3/2015 is stricken.Mailed notice (tsa, ) (Entered: 11/02/2015) |
| 11/03/2015 | 18 | MINUTE entry before the Honorable Virginia M. Kendall: Status hearing reset for 11/24/2015 at 09:00 AM.Mailed notice (tsa, ) (Entered: 11/03/2015) |
| 11/04/2015 | 19 | MINUTE entry before the Honorable Virginia M. Kendall: Status hearing set for 11/24/2015 is stricken and reset to 11/10/2015 at 09:00 AM.Mailed notice (tsa, ) (Entered: 11/04/2015) |
| 11/09/2015 | 20 | NOTICE of Voluntary Dismissal by Clear Skies Nevada, LLC *Plaintiff's Notice of Voluntary Dismissal of Certain Doe Defendants* (Hierl, Michael) (Entered: 11/09/2015) |
| 11/10/2015 | 21 | MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to FRCP Rule 41(a)(1), this case is hereby dismissed with prejudice, all causes of action in the complaint against Doe 12 (I.P. 71.57.11.56), Doe 14 (I.P. 98.228.195.5) and Doe 21 (I.P. 98.227.244.21).Mailed notice (tsa, ) (Entered: 11/10/2015) |
| 11/10/2015 | 22 | MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 11/10/2015 and continued to 1/5/2016 at 09:00 AM. Minute entry 12 is clarified to read that plaintiff dismisses defendants Does 12, 14, and 21 pursuant to FRCP Rule 41(a)(1). Mailed notice (tsa, ) (Entered: 11/10/2015) |
| 12/22/2015 | 23 | NOTICE of Voluntary Dismissal by Clear Skies Nevada, LLC *Plaintiff's Notice of Voluntary Dismissal of Doe Defendant No. 23* (Hierl, Michael) (Entered: 12/22/2015) |
| 12/23/2015 | 24 | MINUTE entry before the Honorable Virginia M. Kendall:Plaintiff, pursuant to Rule 41(a)(1) of the FRCP, hereby dismisses with prejudice all cause of action in the complaint against the Doe 23 (I.P. 67.186.73.149). Each party shall bear its own attorney's fees and costs. Mailed notice (tsa, ) (Entered: 12/23/2015) |
| 01/04/2016 | 25 | NOTICE of Voluntary Dismissal by Clear Skies Nevada, LLC *Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Certain Doe Defendants* (Hierl, Michael) (Entered: 01/04/2016) |
| 01/05/2016 | 26 | MINUTE entry before the Honorable Virginia M. Kendall:Pursuant to Rule 41(a)(1) of the FRCP, plaintiff dismisses without prejudice all causes of against against Doe No. 1 (I.P. 98.227.114.230) and Doe 25 (I.P. 24.14.64.10). Each party shall bear its own attorneys' fees and costs. Plaintiff is not dismissing any |

CM/ECF LIVE, Ver 6.1.1.2 - U.S. District Court, Northern Illinois  https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?131195265110873-L_1_0-1

Case: 1:15-cv-06708 Document #: 97 Filed: 05/30/17 Page 9 of 16 PageID #:1272
Case: 17-2121    Document: 1-1    Filed: 05/30/2017    Pages: 16

| | | |
|---|---|---|
| | | other Doe defendants at this time.Mailed notice (tsa, ) (Entered: 01/05/2016) |
| 01/05/2016 | 27 | MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 1/5/2016 and continued to 3/1/2016 at 9:00 AM.Mailed notice (tsa, ) (Entered: 01/05/2016) |
| 03/01/2016 | 28 | MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held. Counsel informs court that 9 of 30 defendants have settled. The remaining defendants are in settlement discussions. Status hearing set for 4/5/2016 at 9:00 a.m. Mailed notice. (lk, ) (Entered: 03/02/2016) |
| 04/05/2016 | 29 | MINUTE entry before the Honorable Virginia M. Kendall: Status hearing held on 4/5/2016. Status hearing set for 4/27/2016 at 9:00 AM. Counsel for plaintiff states that he will file an amended complaint or a notice of voluntary dismissal by 4/26/2016.Mailed notice (am) (Entered: 04/07/2016) |
| 04/26/2016 | 30 | NOTICE of Voluntary Dismissal by Clear Skies Nevada, LLC *Plaintiff's Notice of Voluntary Dismissal of Doe Defendant No. 5* (Hierl, Michael) (Entered: 04/26/2016) |
| 04/26/2016 | 31 | AMENDED complaint by Clear Skies Nevada, LLC against WILLIAM ANDERSON, JASON RICHARDS, RENEE HANCOCK (Attachments: # 1 Exhibit A-B)(Hierl, Michael) (Entered: 04/26/2016) |
| 04/26/2016 | | SUMMONS Issued as to Defendants WILLIAM ANDERSON, RENEE HANCOCK, JASON RICHARDS (pg, ) (Entered: 04/26/2016) |
| 04/27/2016 | 🔒 | (Court only) ***Party Doe 5 added. (lk, ) (Entered: 04/27/2016) |
| 04/27/2016 | 32 | MINUTE entry before the Honorable Virginia M. Kendall. Doe 5 dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Mailed notice (lk, ) (Entered: 04/27/2016) |
| 04/27/2016 | 33 | MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 4/27/2016 and continued for 7/6/2016 at 9:00 AM. Mailed notice. (lk, ) (Entered: 04/28/2016) |
| 05/17/2016 | 34 | ATTORNEY Appearance for Defendant JASON RICHARDS by Melissa Lynne Brabender (Brabender, Melissa) (Entered: 05/17/2016) |
| 05/17/2016 | 35 | MOTION by Defendant JASON RICHARDS for extension of time to file answer regarding amended complaint 31 (Brabender, Melissa) (Entered: 05/17/2016) |
| 05/17/2016 | 36 | NOTICE of Motion by Melissa Lynne Brabender for presentment of motion for extension of time to file answer, motion for relief 35 before Honorable Virginia M. Kendall on 5/24/2016 at 09:00 AM. (Brabender, Melissa) (Entered: 05/17/2016) |
| 05/18/2016 | 37 | MINUTE entry before the Honorable Virginia M. Kendall: Defendant's Unopposed Motion for Additional Time in Which to Answer 35 is granted. Defendant must answer or otherwise plead to Plaintiff's amended complaint by 06/15/16. Motion hearing set for 05/24/16 at 9:00 a.m. is stricken. Mailed notice. |

CM/ECF LIVE, Ver 6.1.1.2 - U.S. District Court, Northern Illinois   https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?131195265110873-L_1_0-1

Case: 1:15-cv-06708 Document #: 97 Filed: 05/30/17 Page 10 of 16 PageID #:1273
Case: 17-2121    Document: 1-1    Filed: 05/30/2017    Pages: 16

| | | |
|---|---|---|
| | | (et, ) (Entered: 05/18/2016) |
| 05/18/2016 | 38 | NOTICE of Voluntary Dismissal by Clear Skies Nevada, LLC *Plaintiff's Notice of Voluntary Dismissal Without Prejudice of Defendant William Anderson* (Hierl, Michael) (Entered: 05/18/2016) |
| 05/19/2016 | 39 | MINUTE entry before the Honorable Virginia M. Kendall. Defendant William Anderson dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). William Anderson terminated.Mailed notice (lk, ) (Entered: 05/19/2016) |
| 06/15/2016 | 40 | ANSWER to amended complaint by Jason Richards(Brabender, Melissa) (Entered: 06/15/2016) |
| 07/06/2016 | 41 | MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 7/6/2016 and continued for 8/3/2016 at 9:00 AM. Mailed notice (lk, ) (Entered: 07/06/2016) |
| 07/11/2016 | 42 | SUMMONS Returned Executed by Clear Skies Nevada, LLC as to Jason Richards on 4/27/2016, answer due 5/18/2016. (Hierl, Michael) (Entered: 07/11/2016) |
| 07/11/2016 | 43 | SUMMONS Returned Executed by Clear Skies Nevada, LLC as to Renee Hancock on 5/1/2016, answer due 5/23/2016. (Hierl, Michael) (Entered: 07/11/2016) |
| 07/15/2016 | 44 | MOTION by Plaintiff Clear Skies Nevada, LLC for entry of default *Plaintiff's Motion for Entry of Default* (Attachments: # 1 Exhibit A-B)(Hierl, Michael) (Entered: 07/15/2016) |
| 07/15/2016 | 45 | NOTICE of Motion by Michael A. Hierl for presentment of motion for entry of default 44 before Honorable Virginia M. Kendall on 7/21/2016 at 09:00 AM. (Hierl, Michael) (Entered: 07/15/2016) |
| 07/20/2016 | 46 | ATTORNEY Appearance for Plaintiff Clear Skies Nevada, LLC by Mark Alan Cisek (Cisek, Mark) (Entered: 07/20/2016) |
| 07/21/2016 | 47 | MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 7/21/2016 and continued for 8/3/2016 at 9:00 AM regarding Plaintiff's Motion for entry of default 44 . Mailed notice (lk, ) (Entered: 07/22/2016) |
| 08/02/2016 | 48 | NOTICE of Voluntary Dismissal by Clear Skies Nevada, LLC *Plaintiff's Notice of Voluntary Dismissal of Defendant Jason Richards* (Hierl, Michael) (Entered: 08/02/2016) |
| 08/03/2016 | 49 | MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 8/3/2016 and continued for 9/8/2016 at 9:00 AM. Mailed notice (lk, ) (Entered: 08/04/2016) |
| 08/04/2016 | 50 | MINUTE entry before the Honorable Virginia M. Kendall. Defendant Jason Richards is Dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Mailed notice (lk, ) (Entered: 08/04/2016) |

CM/ECF LIVE, Ver 6.1.1.2 - U.S. District Court, Northern Illinois    https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?131195265110873-L_1_0-1

Case: 1:15-cv-06708 Document #: 97 Filed: 05/30/17 Page 11 of 16 PageID #:1274
Case: 17-2121    Document: 1-1    Filed: 05/30/2017    Pages: 16

| | | |
|---|---|---|
| 08/10/2016 | 51 | ATTORNEY Appearance for Defendant Renee Hancock by Lisa L Clay (Clay, Lisa) (Entered: 08/10/2016) |
| 09/06/2016 | 52 | MINUTE entry before the Honorable Virginia M. Kendall. Motion Hearing set for 9/8/2016 is reset for 9/15/2016 at 9:00 AM. Mailed notice (lk, ) (Entered: 09/06/2016) |
| 09/07/2016 | 53 | MINUTE entry before the Honorable Virginia M. Kendall. AT the request of counsel, Motion Hearing set for 9/15/2016 is reset for 9/26/2016 at 9:00 AM. Mailed notice (lk, ) (Entered: 09/07/2016) |
| 09/07/2016 | 54 | MINUTE entry before the Honorable Virginia M. Kendall. By agreement of parties, Motion Hearing set for 9/26/2016 is reset for 10/3/2016 at 9:00 AM. Mailed notice (lk, ) (Entered: 09/07/2016) |
| 10/03/2016 | 55 | MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 10/3/2016 and continued for 10/12/2016 at 9:00 AM regarding Plaintiff's Motion for default 44 . Defendant shall answer or otherwise plead to Plaintiff's complaint by 10/7/2016. Mailed notice (lk, ) (Entered: 10/04/2016) |
| 10/07/2016 | 56 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (Clay, Lisa) (Entered: 10/07/2016) |
| 10/07/2016 | 57 | MEMORANDUM by Renee Hancock in support of Motion to Dismiss for Failure to State a Claim 56 (Attachments: # 1 Exhibit 1, 2, 3)(Clay, Lisa) (Entered: 10/07/2016) |
| 10/07/2016 | 58 | NOTICE of Motion by Lisa L Clay for presentment of Motion to Dismiss for Failure to State a Claim 56 before Honorable Virginia M. Kendall on 10/12/2016 at 09:00 AM. (Clay, Lisa) (Entered: 10/07/2016) |
| 10/12/2016 | 59 | MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 10/12/2016. Plaintiff's Motion for entry of default 44 is stricken as moot. Briefing schedule set as to Defendants' Motion to Dismiss for Failure to State a Claim 56 . Responses due by 11/2/2016. Replies due by 11/11/2016. Status hearing set for 1/4/2017 at 9:00 AM. Mailed notice (lk, ) (Entered: 10/12/2016) |
| 11/02/2016 | 60 | RESPONSE by Clear Skies Nevada, LLCin Opposition to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 56 *Plaintiff's Response to Defendant's Rule 12(b)(6) Motion to Dismiss* (Attachments: # 1 Exhibit 1-12)(Hierl, Michael) (Entered: 11/02/2016) |
| 11/11/2016 | 61 | REPLY by Renee Hancock to MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM 56 (Clay, Lisa) (Entered: 11/11/2016) |
| 12/19/2016 | 62 | ORDER signed by the Honorable Virginia M. Kendall on 12/19/2016. Defendant Hancock's Motion to Dismiss 56 is denied. Status hearing set for 1/4/2017 stands. Mailed notice(lk, ) (Entered: 12/19/2016) |
| 12/19/2016 | 🔒 | (Court only) Set/Reset Hearings. Status hearing set for 1/4/2017 at 09:00 AM as set in Dkt. 59 (lk, ) (Entered: 12/19/2016) |

CM/ECF LIVE, Ver 6.1.1.2 - U.S. District Court, Northern Illinois    https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?131195265110873-L_1_0-1

Case: 1:15-cv-06708 Document #: 97 Filed: 05/30/17 Page 12 of 16 PageID #:1275
Case: 17-2121    Document: 1-1    Filed: 05/30/2017    Pages: 16

| | | | |
|---|---|---|---|
| 12/29/2016 | | 63 | TRANSCRIPT OF PROCEEDINGS held on 07/21/2016 before the Honorable Virginia M. Kendall. Court Reporter Contact Information: Judith A. Walsh, Official Court Reporter, CSR, RDR, F/CRR. judith_walsh@ilnd.uscourts.gov. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 1/19/2017. Redacted Transcript Deadline set for 1/30/2017. Release of Transcript Restriction set for 3/29/2017. (Walsh, Judy) (Entered: 12/29/2016) |
| 01/02/2017 | | 64 | ANSWER to amended complaint , *Affirmative Defenses and*, *Class Action* COUNTERCLAIM filed by Renee Hancock against Clear Skies Nevada, LLC . by Renee Hancock (Attachments: # 1 Exhibit A, # 2 Exhibits 1, 2 and 3, # 3 Exhibit 3 (cont), # 4 Exhibits 4, 5, 6, 7 and 8, # 5 Exhibit 9, # 6 Exhibit 9 (cont)) (Clay, Lisa) (Entered: 01/02/2017) |
| 01/03/2017 | | 65 | THIRD party complaint by Renee Hancock against German John Does, Michael A Hierl, Mark A Cisek *(Class Action)*. (Attachments: # 1 Exhibit A, # 2 Exhibits 1, 2 and 3, # 3 Exhibit 3 (cont), # 4 Exhibits 4, 5, 6, 7 and 8, # 5 Exhibit 9, # 6 Exhibit 9 (cont))(Clay, Lisa) (Entered: 01/03/2017) |
| 01/03/2017 | | | SUMMONS Issued as to Third Party Defendant Michael A Hierl (pg, ) (Entered: 01/03/2017) |
| 01/03/2017 | | | SUMMONS Issued as to Third Party Defendant Mark A Cisek (pg, ) (Entered: 01/03/2017) |
| 01/04/2017 | | 66 | MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 1/4/2017. Plaintiff shall answer or otherwise plead to Defendant Renee Hancock's Third Party Complaint or or before 2/13/2017. Responses due by 2/27/2017. Replies due by 3/6/2017. Exchange of all written Discovery shall be by 2/28/2017. Oral Discovery shall be completed by 4/28/2017. Dispositive Motions with supporting memoranda shall be filed on or before 5/15/2017. Responses due by 6/12/2017. Replies due by 6/26/2017. No extensions of time will be given. Mailed notice (lk, ) (Entered: 01/04/2017) |
| 01/10/2017 | | 67 | NOTICE of Voluntary Dismissal by Renee Hancock (Attachments: # 1 Exhibit 1)(Clay, Lisa) (Entered: 01/10/2017) |
| 01/11/2017 | | 68 | MINUTE entry before the Honorable Virginia M. Kendall. Counter Defendant Clear Skies Nevada, Inc., Third Party Defendant Third Party Defendant German John Doe a/k/a Daniel Macek a/k/a Joshua Griffin, Third Party Defendant Michael Hierl, and Third Party Defendant Mark Cisek are voluntary dismissed without prejudice pursuant to Defendant's Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(c). Mailed notice (lk, ) (Entered: 01/11/2017) |

CM/ECF LIVE, Ver 6.1.1.2 - U.S. District Court, Northern Illinois    https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?131195265110873-L_1_0-1

Case: 1:15-cv-06708 Document #: 97 Filed: 05/30/17 Page 13 of 16 PageID #:1276
Case: 17-2121    Document: 1-1    Filed: 05/30/2017    Pages: 16

| | | | |
|---|---|---|---|
| 01/13/2017 | | 69 | TRANSCRIPT OF PROCEEDINGS held on 01/04/2017 before the Honorable Virginia M. Kendall. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR, gayle.court.transcripts@gmail.com, (312) 435-6047.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 2/3/2017. Redacted Transcript Deadline set for 2/13/2017. Release of Transcript Restriction set for 4/13/2017. (McGuigan, Gale) (Entered: 01/13/2017) |
| 02/17/2017 | | 70 | MOTION by Plaintiff Clear Skies Nevada, LLCto Set a Settlement Conference *Plaintiff's Motion to Set a Settlement Conference* (Hierl, Michael) (Entered: 02/17/2017) |
| 02/17/2017 | | 71 | NOTICE of Motion by Michael A. Hierl for presentment of motion for miscellaneous relief 70 before Honorable Virginia M. Kendall on 2/23/2017 at 09:00 AM. (Hierl, Michael) (Entered: 02/17/2017) |
| 02/21/2017 | | 72 | RESPONSE by Renee Hancockin Opposition to MOTION by Plaintiff Clear Skies Nevada, LLCto Set a Settlement Conference *Plaintiff's Motion to Set a Settlement Conference* 70 (Attachments: # 1 Exhibit A and B)(Clay, Lisa) (Entered: 02/21/2017) |
| 02/22/2017 | | 73 | MINUTE entry before the Honorable Virginia M. Kendall. Plaintiff's Motion to set a settlement conference 70 is granted. Case will be referred to Magistrate Judge Cox for the purpose of a settlement conference. Motion hearing set for 2/23/2017 is stricken. Mailed notice (lk, ) (Entered: 02/22/2017) |
| 02/22/2017 | | 74 | EXECUTIVE COMMITTEE ORDER: Case referred to the Honorable Susan E. Cox. Signed by Executive Committee on 2/22/2017. (kp, ) (Entered: 02/22/2017) |
| 02/23/2017 | | 75 | MINUTE entry before the Honorable Susan E. Cox: This matter has been referred to Judge Cox to conduct a settlement conference. Status hearing set for 3/7/2017 at 09:45 AM. Counsel that appears for this pre-settlement conference discussion must be counsel who will represent their respective clients at the conference, or are able to discuss the issues of the case and to schedule the conference on behalf of their clients. The Court expects counsel to discuss issues in the case that may affect the settlement process. Mailed notice (np, ) (Entered: 02/23/2017) |
| 03/07/2017 | | 76 | MINUTE entry before the Honorable Susan E. Cox: Status hearing held for the purpose of scheduling a settlement conference. Defendant represented that she objected to the referral for a settlement conference. Defendant has a conflict on the Court's earliest available date for a settlement conference, which is 5/10/2017. Settlement conference is set for 6/21/2017 at 1:40 p.m. Parties are to |

| | | |
|---|---|---|
| | | review and to comply with this Court's Standing Order Setting Settlement Conference which is available through the Court's webpage available at www.ilnd.uscourts.gov. Plaintiff's counsel to submit a written itemization of damages and settlement demand to defendants' counsel with a brief explanation of why such a settlement is appropriate on or before 5/24/2017. An electronic copy of this submission must also be sent to the Court's proposed order box at the same time, Proposed_Order_Cox@ilnd.uscourts.gov. Defendants' counsel to submit a written offer to plaintiff's counsel and the Court's proposed order box with a brief explanation of why such a settlement is appropriate on or before 6/7/2017. The date is firm and can only be changed by the granting of a motion. Parties have agreed to allow the Court to conduct ex parte discussions if necessary in preparation of the conference. Mailed notice (np, ) (Entered: 03/08/2017) |
| 03/09/2017 | 77 | MINUTE entry before the Honorable Virginia M. Kendall. Status hearing set for 6/27/2017 at 9:00 AM. Mailed notice (lk, ) (Entered: 03/09/2017) |
| 03/13/2017 | 78 | NOTICE of Motion by Michael A. Hierl for presentment of 79 before Honorable Virginia M. Kendall on 3/23/2017 at 09:00 AM. (Hierl, Michael) Modified on 3/14/2017 (mc, ). (Entered: 03/13/2017) |
| 03/13/2017 | 79 | MOTION by Plaintiff Clear Skies Nevada, LLC for protective order *Motion for Protective Order* (Attachments: # 1 Exhibit A-B)(Hierl, Michael) (Entered: 03/13/2017) |
| 03/15/2017 | 80 | CONFIDENTIALITY Order signed by the Honorable Virginia M. Kendall on 3/15/2017. Mailed notice(lk, ) (Entered: 03/15/2017) |
| 03/17/2017 | 🔒 | (Court only) ***Deadlines and hearings Terminated. (lk, ) (Entered: 03/17/2017) |
| 04/04/2017 | 81 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-13032669. (Edmondson, Joseph) (Entered: 04/04/2017) |
| 04/05/2017 | 82 | MINUTE entry before the Honorable Virginia M. Kendall. Attorney J. Curtis Edmondson's Application to appear pro hac vice 81 is granted. Mailed notice (lk, ) (Entered: 04/05/2017) |
| 04/24/2017 | 83 | MOTION by Plaintiff Clear Skies Nevada, LLC for extension of time to complete discovery *Plaintiff's Motion for Extension of Time to Complete Discovery and File Dispositive Motions or, in the Alternative, to Dismiss Pursuant to F.R.C.P. 41(a)(2)* (Hierl, Michael) (Entered: 04/24/2017) |
| 04/24/2017 | 84 | NOTICE of Motion by Michael A. Hierl for presentment of motion for extension of time to complete discovery, 83 before Honorable Virginia M. Kendall on 4/27/2017 at 09:00 AM. (Hierl, Michael) (Entered: 04/24/2017) |
| 04/25/2017 | 85 | RESPONSE by Renee Hancock in Opposition to MOTION by Plaintiff Clear Skies Nevada, LLC for extension of time to complete discovery *Plaintiff's Motion for Extension of Time to Complete Discovery and File Dispositive Motions or, in the Alternative, to Dismiss Pursuant to F.R.C.P. 41(a)(2)< 83 (Attachments: # 1 Exhibit 1 with attached Exhibits A - D (Exhibit D filed |

CM/ECF LIVE, Ver 6.1.1.2 - U.S. District Court, Northern Illinois    https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?131195265110873-L_1_0-1

Case: 1:15-cv-06708 Document #: 97 Filed: 05/30/17 Page 15 of 16 PageID #:1278
Case: 17-2121    Document: 1-1    Filed: 05/30/2017    Pages: 16

| | | | |
|---|---|---|---|
| | | | *separately under seal)*, # 2 Exhibit 2)(Clay, Lisa) (Entered: 04/25/2017) |
| 04/27/2017 | 🔒 | 86 | TRANSCRIPT OF PROCEEDINGS held on 04/27/2017 before the Honorable Virginia M. Kendall. Motion. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR, Gayle_McGuigan@ilnd.uscourts.gov, (312) 435-6047.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 5/18/2017. Redacted Transcript Deadline set for 5/30/2017. Release of Transcript Restriction set for 7/26/2017. (McGuigan, Gale) (Entered: 04/27/2017) |
| 04/27/2017 | | 87 | MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 4/27/2017. Plaintiff moves to dismiss case. Case is dismissed. Parties are directed to file submissions on or before 5/11/2017 whether case should be dismissed with or without prejudice, and whether fees should be awarded. Civil case terminated. Mailed notice (lk, ) (Entered: 04/27/2017) |
| 04/28/2017 | | 88 | MINUTE entry before the Honorable Susan E. Cox: Case having been closed by the District Judge, settlement conference set for 6/21/2017 at 1:40 p.m. is stricken. All matters relating to the referral of this action are resolved. Referral terminated. Mailed notice (np, ) (Entered: 04/28/2017) |
| 05/11/2017 | | 89 | MEMORANDUM by Clear Skies Nevada, LLC *Plaintiff's Memorandum in Support of Voluntary Dismissal Without Prejudice and Without Fees/Costs* (Attachments: # 1 Exhibit 1-9)(Hierl, Michael) (Entered: 05/11/2017) |
| 05/11/2017 | | 90 | MEMORANDUM by Renee Hancock *In Support of Dismissal With Prejudice and an Award of Costs and Fees* (Attachments: # 1 Exhibit 1 (with subparts A - D; subpart B filed separately pursuant to protective order), # 2 Exhibit 2 (with subpart A, part 1), # 3 subpart A, part 2 to Exhibit 2, # 4 subpart A, part 3 to Exhibit 2, # 5 subpart A, part 4 to Exhibit 2, # 6 subpart A, part 5 to Exhibit 2 (referencing Exhibit 4 filed separately pursuant to protective order), # 7 Exhibit B to Exhibit 2, # 8 Exhibits C, D and E to Exhibit 2 - Exhibit C filed separately pursuant to protecstive order), # 9 Exhibits F, G and H to Exhibit 2, # 10 Exhibits I, J and K to Exhibit 2, # 11 Exhibit 3, # 12 Exhibit 4)(Clay, Lisa) (Entered: 05/11/2017) |
| 05/11/2017 | | 91 | MOTION by Defendant Renee Hancock for leave to file *documents designed as "confidential" by Plaintiff under seal* (Clay, Lisa) (Entered: 05/11/2017) |
| 05/12/2017 | | 92 | MINUTE entry before the Honorable Virginia M. Kendall. Defendant Renee Hancock's Motion for leave to file documents designed as "confidential" by Plaintiff under seal 91 is granted. Mailed notice (lk, ) (Entered: 05/12/2017) |

| | | | |
|---|---|---|---|
| 05/19/2017 | | 93 | SEALED EXHIBITS by Defendant Renee Hancock in support of dismissal with prejudice and attorneys' fees (dkt. no. 90 ) filed under seal pursuant to order (dkt. no. 92 ) (Attachments: # 1 Exhibit 1 Exhibit B, # 2 Exhibit 2 Exhibit A Exhibit 4, # 3 Exhibit 2 Exhibit C) (tg, ) (Entered: 05/19/2017) |
| 05/24/2017 | 🔒 | 94 | TRANSCRIPT OF PROCEEDINGS held on 03-07-2017 before the Honorable Susan E. Cox. Court Reporter Contact Information: Pamela S. Warren https://www.ilnd.uscourts.gov/home/Transcript-Order-Form.aspx. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 6/14/2017. Redacted Transcript Deadline set for 6/26/2017. Release of Transcript Restriction set for 8/22/2017. (Warren, Pamela) (Entered: 05/24/2017) |
| 05/26/2017 | | 95 | NOTICE of appeal by Renee Hancock regarding orders 87 Filing fee $ 505, receipt number 0752-13221572. (Clay, Lisa) (Entered: 05/26/2017) |
| 05/30/2017 | | 96 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 95 . (smm) (Entered: 05/30/2017) |