# United States Court of Appeals
For the Seventh Circuit
Chicago, Illinois 60604

May 31, 2017

**By the Court:**

| | |
|---|---|
| CLEAR SKIES NEVADA, LLC,<br>　　Plaintiff-Appellee,<br><br>No. 17-2121　　　　　v.<br><br>RENEE HANCOCK,<br>　　Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:15-cv-06708<br>]<br>] Virginia M. Kendall, Judge. |

O R D E R

　　A preliminary review of the short record indicates that the order appealed from may not be a final appealable judgment within the meaning of 28 U.S.C. § 1291.

　　The district court has not entered a Rule 58 judgment in the present case, and it appears it has not done so for good reason – the court explicitly has yet to determine whether the dismissal of plaintiff's case will be with prejudice or not.  Until such a determination is made, the district court's work is not at an end and appears to preclude the application of Fed. R. App. P. 4(a)(2).

　　Further, if the district court decides to make the dismissal with prejudice, it would appear that defendant-appellant is not aggrieved by such a judgment.  *See, e.g., Abbs v. Sullivan*, 963 F.2d 918, 924 (7th Cir 1992) (a party who has received all the relief sought in the trial court is not aggrieved and cannot bring an appeal).

- over -

No. 17-2121 Page 2

Also, the parties are reminded to see to it that the district court has issued a separate judgment in compliance with Fed. R. Civ. P. 58. *See Armstrong v. Ahitow*, 36 F.3d 574 (7th Cir. 1994). Accordingly,

IT IS ORDERED that defendant-appellant shall file, on or before June 12, 2017, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) will satisfy this requirement. Briefing shall be suspended pending further court order.

NOTE:    Caption document "JURISDICTIONAL MEMORANDUM." The filing of a Circuit Rule 3(c) Docketing Statement does not satisfy your obligation under this order.