# EXHIBIT 1

From: **Michael A. Hierl** mhierl@HSPLEGAL.COM
Subject: CSN v. Hancock appeal
Date: June 15, 2017 at 10:13 AM
To: Lisa Clay lclayaal@gmail.com
Cc: J. Curtis Edmondson jcedmondson@edmolaw.com

Lisa,

We cannot approve the draft motion you forwarded.

Our client will agree to dismissal of the appeal if there is an agreement to dismiss the district court case with or without prejudice, both parties to pay their own fees and costs.

Otherwise, you should probably respond to the order to show cause.

Mike

Michael A. Hierl / Partner
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street
40th Floor
Chicago, IL 60602
312 604 2678  Direct Dial
mhierl@hsplegal.com

> On Jun 14, 2017, at 2:37 PM, Lisa Clay <lclayaal@gmail.com> wrote:
>
> Thanks.
>
>> On Jun 14, 2017, at 2:27 PM, Michael A. Hierl <mhierl@hsplegal.com> wrote:
>>
>> I'll get back to you tomorrow.
>>
>> -----Original Message-----
>> From: Lisa Clay [mailto:lclayaal@gmail.com]
>> Sent: Wednesday, June 14, 2017 2:13 PM
>> To: Michael A. Hierl <mhierl@HSPLEGAL.COM>
>> Cc: J: Curtis Edmondson <jcedmondson@edmolaw.com>
>> Subject: CSN v. Hancock appeal
>>
>> Counselor:
>>
>> It seems as though the Seventh Circuit isn't quite ready for us… Curt and I want to give them what they appear to be asking for. Do we have your okay to file the attached?
>>
>> Hope the radiation oncologist had some good ideas and that your wife is keeping up the fight.
>>
>> Best,
>>
>> Lisa