UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
EASTERN DIVISION

| | |
|---|---|
| CLEAR SKIES NEVADA, LLC ) | |
| ) | |
| Plaintiff -Appellee, ) | Appeal from the United |
| ) | States District Court for |
| v. ) | the Northern District of |
| ) | Illinois, Eastern Division |
| No. 17-2121 ) | |
| ) | No. 1:15-cv-06708 |
| RENEE HANCOCK, ) | |
| ) | Virginia M. Kendall, Judge |
| Defendant/Appellant. ) | |

**MOTION TO VOLUNTARILY DISMISS PURSUANT TO
FED. R. APP. P. 42(B)**

Defendant/Appellant Renee Hancock, through counsel, respectfully requests the voluntary dismissal of the above-captioned appeal, parties to bear their own costs, without prejudice to either party's right to appeal any subsequent ruling of the district court. This Honorable Court has discretion under Rule 42(b) to dismiss a docketed appeal "subject to appropriate conditions fixed by the Court." *See, e.g. Ormsby Motors v. General Motors Corp.*, 32 F.3d 240, 241 (7th Cir. 1994); *Webb v. Clyde L. Choate Mental Health & Dev. Ctr.*, 230 F.3d 991, 995 (7th Cir. 2000). The appeal was filed less than three weeks ago. Appellant has made no motions or filings. No briefing has been done and this Court suggested voluntary dismissal in its May 31, 2017 Order. Defendant/Appellant respectfully suggests that dismissal is a better use of judicial resources than addressing the complexities of Fed. R.App. P. 4(a)(2). *Ormsby Motors,* 32 F.3d at 241.

1

Respectfully submitted:

　　　　/s/  Lisa L. Clay
Lisa L. Clay
Attorney at Law
345 N. Canal Street, Suite C202
Chicago, IL 60606
312.753.5302
lclayaal@gmail.com
ARDC # 6277257